# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JAY D. LABADIE, | ) |
|       Plaintiff, | ) |
| v. | ) Case No. 10-CV-0587-CVE-FHM |
| PROTEC FUEL MANAGEMENT, LLC, ANTOD CORP., TODD G. GARNER, ANDREW GREENBERG, and PROTEC ENERGY PARTNERS, LLC, | ) |
|       Defendants. | ) |

## ADMINISTRATIVE CLOSING ORDER

This case comes on for consideration of the Joint Motion for an Order Directing the Clerk to Administratively Close the Case and for the Court to Retain Jurisdiction Pending Full Performance under a Settlement Agreement Reached by the Parties (Dkt. # 33), wherein the parties seek administrative closure. Based upon the parties' representation and for good cause shown, the Court finds that the motion (Dkt. # 33) should be and is hereby **granted**.

**IT IS THEREFORE ORDERED** that, pursuant to LCvR 41.1, that the Court Clerk is directed to **administratively close** this case pending either an order of the Court reopening the action, or until this case is dismissed with prejudice by stipulation of the parties.

**IT IS FURTHER ORDERED** that the parties shall file a fully-executed joint stipulation of dismissal no later than **August 25, 2011.**

**DATED** this 28th day of February, 2011.

CLAIRE V. EAGAN, CHIEF JUDGE
UNITED STATES DISTRICT COURT