IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) JAY D. LABADIE,<br><br>    Plaintiff,<br><br>vs.<br><br>(1) PROTEC FUEL MANAGEMENT, LLC,<br>(2) PROTEC ENERGY PARTNERS, LLC,<br>(3) ANTOD CORP.,<br>(4) TODD G. GARNER, and<br>(5) ANDREW GREENBERG,<br><br>    Defendants. | Case No. 10-cv-587-CVE-FHM<br><br>*The Honorable Claire V. Eagan* |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff and Defendant, by and through their undersigned counsel of record, hereby stipulate to the dismissal with prejudice of Plaintiff's remaining claims, with the parties to bear their own costs and attorneys' fees.

DATED this 24 day of August, 2011.

Respectfully submitted,

NEWTON, O'CONNOR, TURNER & KETCHUM,
A PROFESSIONAL CORPORATION

By: _____
W. Kirk Turner, OBA #13791
Christopher S. Thrutchley, OBA #15859
Gregory P. Reilly, OBA #22284
2700 Bank of America Center
Fifteen West Sixth Street
Tulsa, Oklahoma 74119
Phone (918) 587-0101
Fax (918) 587-0102
kturner@newtonoconnor.com
cthrutchley@newtonoconnor.com
greilly@newtonoconnor.com

**ATTORNEYS FOR PLAINTIFF,
JAY D. LABADIE**

-And-

*/s/ Andrew R Turner*

Andrew R. Turner, OBA #9125
    Of
Conner & Winters, LLP
4000 One Williams Center
Tulsa, Oklahoma 74172
(918) 586-8972, fax (918) 586-8672
Email: aturner@cwlaw.com

AND

Leonard K. Samuels, Florida Bar No. 501610
Gregory A. Haile, Florida Bar No. 606421
BERGER SINGERMAN
350 East Las Olas Blvd., Suite 1000
Fort Lauderdale, FL 33301
(954) 525-9900, fax (954) 523-2872

**ATTORNEYS FOR DEFENDANTS**

*Signed by filing attorney with permission

## CERTIFICATE OF SERVICE

- I hereby certify that on _August 24_, 2011, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Andrew R. Turner
aturner@cwlaw.com

- I hereby certify that on _August 24_, 2011, I served the foregoing document by mail on the following, who are not registered participants of the ECF System:

Leonard K. Samuels
Berger Singerman
350 E Las Olas Blvd, Ste 1000
Fort Lauderdale, FL   33301

Gregory A. Haile
Berger Singerman
350 E Las Olas Blvd, Ste 1000
Fort Lauderdale, FL   33301

_____